JUDGE DANIELS                    07 CV 10474

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
CASTALIA SPRINGS LIMITED,                :
                                          :
          Plaintiff,                     :    07 CV ____
                                          :
     - against -                          :    ECF CASE
                                          :
ATLAPRIDE COMPANY LTD.                    :
                                          :
          Defendant.                      :
-----------------------------------------------------------X

## DISCLOSURE OF INTERESTED PARTIES
## PURSUANT TO FEDERAL RULE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for the Plaintiff certifies that the following are corporate parents, subsidiaries, or affiliates of the Plaintiff:

NONE.

Dated: Nov. 20, 2007
       New York, NY

                                   The Plaintiff,
                                   CASTALIA SPRINGS LIMITED

                                   By: /s/ Claurisse C Orozco
                                   Claurisse Campanale-Orozco (CC 3581)
                                   Thomas L. Tisdale (TT 5263)
                                   TISDALE LAW OFFICES, LLC
                                   11 West 42nd Street, Suite 900
                                   New York, NY 10036
                                   (212) 354-0025 – phone
                                   (212) 869-0067 – fax
                                   corozco@tisdale-law.com
                                   ttisdale@tisdale-law.com